# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PARAGON ADVANCED TECHNOLOGIES, INC., ET AL.,** <br> *Plaintiff* <br><br> v. <br><br> **PATRICK ECKELS,** <br> *Defendant* | Civil Action No. 3:23-cv-03238-GC-RLS |

## DECLARATION OF SERVICE

I, Jyll Jakes, being duly sworn, state:

I, Jyll Jakes, declare under penalty of perjury that the following is true and correct:

At the time of service, I was a competent adult not having a direct interest in the litigation.

I served the following documents on Patrick Eckels in Monmouth County, NJ on June 16, 2023 at 6:05 pm at United States Post Office Eatontown NJ, 409 South Street, Eatontown , NJ 07724 via certified mail return receipt requested.

Summons and Verified Complaint with Exhibits

Additional Description:
I delivered documents to Eatontown Post Office to mail them to Mr. Eckels certified return receipt priority mail. The post mistress said these documents should be delivered by Tuesday.

Geolocation of Serve: https://google.com/maps?q=40.2940034,-74.0559622
Photograph: See Exhibit 1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct .

| | |
|---|---|
| Executed in <br> __Morris County_____, <br> __NJ__ on __6/19/2023_____ . | /s/ *Jyll Jakes* _____ <br> Signature <br> Jyll Jakes <br> +1 (732) 693-8771 |

# Exhibit 1

Exhibit 1a)



Case 3:23-cv-03238-GC-RLS    Document 11    Filed 06/19/23    Page 4 of 4 PageID: 236